UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILLIE T. SMITH,

        Plaintiff,

v.

R. BAKER, *et al.*,

        Defendants.

Case No.:   3:15-CV-00524-RCJ-WGC

**ORDER**

    Presently before the Court is Plaintiff's Motion to Voluntarily Dismiss (ECF #3). Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Motion to Voluntarily Dismiss (ECF #3) is GRANTED.

    IT IS FURTHER ORDERED that the pending motion (ECF #1) is DENIED as MOOT.

    IT IS FURTHER ORDERED that this action is dismissed in its entirety without prejudice. The Clerk of the Court shall close this case.

    IT IS SO ORDERED this 7th day of January, 2016.

                                    ROBERT C. JONES
                                    District Judge